IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

MAY 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLARENCE DANIELS, | ) | CASE NO. **5 : 2 6 CR 0 0 2 2 8** |
| LARRY FINCH, | ) | Title 18, United States Code, |
| NICHOLAS HELFRICK, | ) | Sections 922(g)(1), 924(a)(8); |
| RICARDO ALLISON, | ) | Title 21, United States Code, |
| SHELDON BELL, | ) | Sections 841(a)(1), (b)(1)(A), |
| JOHN TOWNSEND, | ) | (b)(1)(B), (b)(1)(C), 843(b), |
| BRYCE DITTMAN, | ) | 846, 856(a)(1) and (b) |
| TYLER SMITH, | ) | |
| ANTHONY RAUNIKAR, | ) | |
| MARCUS NIXON, | ) | |
| JOHN KOZA, | ) | **JUDGE POLSTER** |
| EARL BRECKENRIDGE, | ) | |
| JAZZMIN THOMAS, | ) | |
| SAMANTHA LENTZ, | ) | |
| | ) | |
| Defendants. | ) | |

### COUNT 1
(Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, 21 U.S.C.
§ 846)

The Grand Jury charges:

1. From in or around May 2025, and continuing to in or around April 2026, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants CLARENCE DANIELS, LARRY FINCH, NICHOLAS HELFRICK, RICARDO ALLISON, SHELDON BELL, JOHN TOWNSEND, BRYCE DITTMAN, TYLER SMITH, ANTHONY RAUNIKAR, MARCUS NIXON, JOHN KOZA, EARL BRECKENRIDGE, JAZZMIN THOMAS, SAMANTHA LENTZ, and others known and

unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others, known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C).

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

2.     It was part of the conspiracy that:

A.     DANIELS obtained methamphetamine from drug suppliers near the southern U.S. border with Mexico, Ohio, and elsewhere for distribution in the Northern District of Ohio.

B.     DANIELS supplied pound quantities of methamphetamine to FINCH for redistribution to drug customers in Akron, Ohio.

C.     ALLISON supplied ounce quantities of methamphetamine to FINCH for redistribution to drug customers in Akron, Ohio.

D.     BELL supplied ounce and pound quantities of methamphetamine to HELFRICK for redistribution to drug customers in Akron, Ohio.

E.     FINCH supplied methamphetamine to HELFRICK, ALLISON, NIXON, BRECKENRIDGE, LENTZ, and others for distribution to drug customers in the Northern District of Ohio, Pennsylvania and elsewhere.

F.     HELFRICK, ALLISON, NIXON, and LENTZ redistributed methamphetamine to drug customers in the Northern District of Ohio.

2

G. BRECKENRIDGE redistributed methamphetamine to drug customers in Pennsylvania.

H. HELFRICK supplied methamphetamine to FINCH, TOWNSEND, DITTMAN, SMITH, RAUNIKAR, KOZA and others for distribution to drug customers in Akron, Ohio, Pennsylvania and elsewhere.

I. FINCH, TOWNSEND, RAUNIKAR and KOZA redistributed methamphetamine to drug customers in Akron, Ohio.

J. DITTMAN and SMITH redistributed methamphetamine to drug customers in Pennsylvania.

K. HELFRICK used his residence on Flora Avenue, Akron, Ohio to store, process and distribute methamphetamine.

L. FINCH used his residence on Coventry Street, Akron, Ohio to store, process and distribute methamphetamine.

M. DANIELS, THOMAS and other members of the conspiracy maintained and used residences in Akron, Ohio, as locations at which to store and distribute methamphetamine.

N. Members of the conspiracy used multiple telephones to conduct drug trafficking activity by making and receiving telephone calls and sending and receiving text messages.

O. Members of the conspiracy, when using cellular phones or text messaging to conduct drug trafficking activity, communicated using code words, slang terms, street terminology and phrases to further the drug trafficking activity of the conspiracy and to obscure and disguise the true nature of their activities and the true meaning of their conversations.

(Where appropriate, interpretations of the meaning of various conversations, words, phrases, and quantities of drugs discussed are included in parentheses herein.)

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

3.     In furtherance of the conspiracy, and to affect the goals and conceal the existence thereof, Defendants and others performed acts in the Northern District of Ohio and elsewhere, including, but not limited to, the following:

4.     On or about October 24, 2025, at approximately 11:23 a.m., KOZA called HELFRICK on the telephone. HELFRICK answered, "Yo." KOZA said, "Hey, I need a quarter (quarter ounce of methamphetamine)." HELFRICK asked, "Where you at?" KOZA replied, "I am right here on South Main and Waterloo." HELFRICK stated, "[unintelligible (U/I)] spot." KOZA confirmed, "Okay. I'll see you in a minute."

5.     On October 24, 2025, at approximately 11:29 a.m., KOZA arrived at HELFRICK'S residence on Flora Avenue in Akron, Ohio. HELFRICK sold a quantity of methamphetamine to KOZA. Approximately five minutes later, at 11:34 a.m., KOZA left the Flora Avenue residence.

6.     On or about October 25, 2025, at approximately 9:45 a.m., HELFRICK called TOWNSEND on the telephone. TOWNSEND informed HELFRICK, "He's heading out. He's getting ready to leave now." HELFRICK replied, "What's that?" TOWNSEND reiterated, "He slept in, he's getting ready to leave now." HELFRICK responded, "Alright. Still the same?" TOWNSEND answered, "No, a whole, half of one … sixteen (a half pound of methamphetamine for $1,600)." HELFRICK asked, "What's that?" TOWNSEND repeated, "He wants a half of one, sixteen." HELFRICK replied, "Sounds good, alright."

4

7.     On or about October 25, 2025, at approximately 4:22 p.m., NIXON called HELFRICK on the telephone. HELFRICK answered, "Who this?" NIXON replied, "This S.B., man!" HELFRICK said, "Oh okay, [U/I] I was like what the f—k? [U/I, STUTTERS] ...you broke up. S—t, I'm uh, s—t tryin' pull a motherf—kin' rabbit out of a hat, mothaf—ka. I need your help." NIXON asked, "What you need, man?" HELFRICK responded, "S—t, I just uh ... my, I got my peoples (customers) up here. I'mma gonna try to get them sent on their way. F— king, is ... I just need, sh- maybe, maybe four zips (four ounces of methamphetamine) or something? You hear me?" NIXON said, "I ain't ..." HELFRICK asked, "Four, eight (4 to 8 ounces of methamphetamine)?" NIXON said, "Huh?" HELFRICK repeated, "Four, eight, anything!" NIXON replied, "Yeah, yeah, yeah. I'm not ... [Voices overlapped]." HELFRICK asked, "Where you at?" NIXON answered, "I'm not gonna lie to you, bro! It, it, it 150 ($150 per ounce of methamphetamine), you know what I'm saying, all the way out. It's my ..." HELFRICK interjected, "A'ight, but what I was gonna say, listen, I was gonna say it is, too, to you. Bless me on this and I bless you twice when we come back here Sunday. I mean, it's up to you. We can still do that, but I'm saying you bless me on, you know what I mean? I give you, I give you in twice of whatever you wanna grab at, at cost (HELFRICK will sell NIXON a pound of methamphetamine at an eight-ounce price)." HELFRICK said, "We, we do it anyway, either way, but either way, I need you. I gotta go see you, so where you at?" NIXON responded, "Hey, s—t, anywhere you wanna go. I mean, s—t, you know, you know what I'm saying?" HELFRICK responded, "Mm-huh." NIXON replied, "It'll be uh... [Voices overlap]" HELFRICK asked, "You east side?" NIXON stated, "Yeah, I'm on the east side, uh... I'm, listen, I'm at Glory Days (9xx South Main Street, Akron, Ohio). I gotta pick this money up and I just got to, got this one little, little weak ass drop off, right here on Sh.. uh, Sherman. Where can I

5

meet you?" HELFRICK interjected, "Yeah, I'm gonna give you my address. I'mma shoot you my address. You can shoot here." NIXON responded, "I already light weight know... make a left at the end of the... make another left on the second or third one." HELFRICK replied, "Mm-hm." NIXON continued, "Second or third street." HELFRICK instructed, "First one." NIXON acknowledged, "First street, yeah. Right outside." HELFRICK confirmed, "First street, yup." NIXON stated, "Sure, sure, sure, yep…" HELFRICK continued, "Yeah, you see me back in uh..." NIXON replied, "Yup, yup, I know, I know." HELFRICK said, "Yeah, a'right."

8.     On or about October 25, 2025, at approximately 5:28 p.m., NIXON called HELFRICK on the telephone. HELFRICK asked, "What's up?" NIXON answered, "I'm on Wilbeth and Main right now. [Pause] Hear me, Nick?" HELFRICK replied, "Yep, I'mma wait on you to call."

9.     On October 25, 2025, at approximately 5:33 p.m., NIXON arrived at HELFRICK'S Flora Avenue residence. Approximately nine minutes later, at 5:42 p.m., DITTMAN arrived at the residence. NIXON delivered a quantity of methamphetamine to HELFRICK to redistribute to DITTMAN. At 5:53 p.m., NIXON departed the Flora Avenue residence and approximately two minutes later at 5:55 p.m., DITTMAN departed the residence.

10.     On or about October 30, 2025, at approximately 6:20 p.m., HELFRICK called TOWNSEND on the telephone. HELFRICK said, "He said a couple hours. You hear me?" TOWNSEND replied, "Huh? What you say?" HELFRICK repeated, "Couple hours." TOWNSEND replied, "Alright." HELFRICK stated, "What he told me. You have any idea what they was talking about or anything or?" TOWNSEND answered, "Uhh, he just said like a whole (one pound of methamphetamine) and a fifteen (fifteen ounces of methamphetamine)." HELFRICK asked, "Who? Just one dude?" TOWNSEND replied, "Yeah. The other dude

(DITTMAN) got in a DUI and a car accident last night." HELFRICK asked, "Which one?" TOWNSEND responded, "Bryce (DITTMAN)."

11. On or about October 30, 2025, at approximately 7:15 p.m., HELFRICK called TOWNSEND on the telephone. Shortly into the conversation HELFRICK said, "I can get one right now for seventeen (one pound of methamphetamine for $1,700)…Then what we could do, look, [stammers] Uhh, cause we'll have to buy the whole thing (purchase the entire pound to get the price of $1,700). Know what I mean?" TOWNSEND replied, "Yeah." HELFRICK continued, "And then with the extra I got a play (drug deal), too, so. [voices overlap]." Townsend said, "He wants fifteen zips (15 ounces of methamphetamine) or the whole one (one pound of methamphetamine), but he just called me…. Should I tell him to come down?" HELFRICK replied, "Yup. Oh, he wants fifteen? Okay, okay. So, okay he wants fifteen. A'right, that's cool. I thought he meant he had fifteen hundred." TOWNSEND responded, "No." HELFRICK instructed, "A'right, tell him to pull right now," and then further stated, "Yeah, I'm coming. I'll be there in about fifteen minutes, if that." TOWNSEND responded, "Yup." HELFRICK confirmed, "A'right."

12. On or about October 30, 2025, at approximately 7:22 p.m., HELFRICK called TOWNSEND on the telephone and informed TOWNSEND, "I'll be there in two minutes." TOWNSEND replied, "A'right."

13. On or about November 3, 2025, at approximately 12:52 p.m., KOZA called HELFRICK on the telephone. After a brief conversation, KOZA said, "Looking for the quarter (quarter ounce of methamphetamine)." HELFRICK responded, "Yeah, I'm in Cleveland right now. Be back in about an hour or so." KOZA replied, "Ok. Alright. Thanks, bud."

14. On or about November 3, 2025, at approximately 3:49 p.m., HELFRICK called TOWNSEND on the telephone. HELFRICK instructed, "[U/I] grab from that." TOWNSEND asked, "Where, where's it, in the closet...?" HELFRICK replied, "They're already made up in zips (the drugs are already prepared for distribution in one-ounce bags)." TOWNSEND responded, "Yeah but, where at in the clos ...? You talking about in the bathroom closet, right?" HELFRICK confirmed, "Yeah, reach up, the very back of the door. Reach up inside, inside the back of ..." TOWNSEND responded, "Okay, I got you, got you, got you, got you." HELFRICK continued, "There is one that is [U/I] bagged up, but there is some that is bagged up, too. So, give out the ones that are bagged up." TOWNSEND said, "I got you, I got you." HELFRICK stated, "And, ah, I'm going to have, Muck is about to come by there, too." TOWNSEND replied, "Alright."

15. On or about November 3, 2025, at approximately 4:42 p.m., HELFRICK called TOWNSEND on the telephone. HELFRICK asked, "Muck stop by there?" TOWNSEND answered, "Oh, he's here right now. What, what you want me to grab it out of?" HELFRICK instructed, "Uh, just grab out a single one." TOWNSEND replied, "Uh, out of a single one? A'right." HELFRICK confirmed, "Yeah, I'll be there in a minute. I'm right here like by Fairlawn." TOWNSEND responded, "A'right, how much?" HELFRICK replied, "What, just trying to get a border (quarter ounce of methamphetamine)?" TOWNSEND said, "Yeah." HELFRICK responded, "Uh... fifty." TOWNSEND replied, "Huh?" HELFRICK repeated, "Fifty." TOWNSEND acknowledged, "A'right."

16. On or about November 5, 2025, at approximately 3:56 p.m., HELFRICK called KOZA on the telephone. During the call, KOZA stated, "Hey, I was looking for a quarter

8

(quarter ounce of methamphetamine)." HELFRICK replied, "C'mon through." KOZA responded, "Alright, I'll be there in a little bit."

17.     On or about November 5, 2025, at approximately 4:58 p.m., HELFRICK called FINCH on the telephone. Shortly into the conversation, HELFRICK asked, "S—t, what's that s—t lookin'?" FINCH asked, "What?" HELFRICK repeated, "What's it lookin' like?" FINCH answered, "It's that ... that one s—t, I think." HELFRICK questioned, "Same s—t I had?" FINCH confirmed, "Yeah, I'm pretty sure." HELFRICK responded, "These motherf—ers gonna be spoiled on this s—t, if not. Uh... what's [stutters] what's dude talkin'?" FINCH responded, "Uh, I told you, he, he just be frontin' 'em to me." HELFRICK asked, "But I mean what's he talkin' 'bout if I, uh ... for four of 'em (four ounces of methamphetamine)?" FINCH responded, "[Laughs] Oh yeah, he, he taxin' 'em cause he gettin' 'em from dude so he knows he gon' add his on it. From the same [U/I] though." [Voices overlap]. HELFRICK said, "Where's he..." FINCH replied, "He ... I think he want, I think he told me like eighteen or nineteen ($1,800 or $1,900 per pound of methamphetamine). Something like that." HELFRICK asked, "What about for just the four ... four [stutters] single ... for a little Q-Per (quarter pound of methamphetamine)?" FINCH answered, "Uh, five." HELFRICK asked, "Five?" FINCH confirmed, "Yup." HELFRICK responded, "Mmm ... call and get me one of them, please." FINCH stated, "Alright, I got it. I can bring it to you." HELFRICK instructed, "C'mon."

18.     On or about November 12, 2025, at approximately 11:23 p.m., BELL called HELFRICK on the telephone. HELFRICK answered, "What's up?" BELL asked, "What up wit it?" HELFRICK replied, "S—t, I'm still up here in Cleveland right now. I'll be done here in maybe about a half hour. I'll be headin' back." BELL responded, "... gonna need [U/I]." HELFRICK said, "Call you when I get back there. What's up?" BELL answered, "Said do you

9

gotta wait for somebody (to supply methamphetamine)?" HELFRICK responded, "I mean I got some s—t, I got some s—t in motion right now, so as soon as I get back, should be all ready. I should be callin' you prolly within about a half-hour after I get back."

20. On or about November 13, 2025, at approximately 8:01 a.m., DITTMAN arrived at HELFRICK'S Flora Avenue residence.

20. On or about November 13, 2025, at approximately 8:35 a.m., HELFRICK called BELL on the telephone and BELL answered by stating, "Bro I'm f—g coming, bro [U/I]." HELFRICK responded, "Alright, making sure motherf—a…"

21. On or about November 13, 2025, at approximately 9:35 a.m., BELL arrived at the Flora Avenue residence. HELFRICK exited the residence and entered the passenger seat of BELL'S truck. BELL delivered a quantity of methamphetamine to HELFRICK to redistribute to DITTMAN. Approximately eight minutes later, at 9:43 a.m., HELFRICK exited BELL'S truck and entered the residence. BELL departed. At approximately 10:00 a.m., DITTMAN left Flora Avenue.

22. On November 13, 2025, at approximately 10:33 a.m., DITTMAN possessed approximately 350 grams of methamphetamine in a Toyota RAV 4 on I-76 in Lake Milton, Ohio.

23. On or about November 14, 2025, at approximately 10:17 p.m., HELFRICK called KOZA on the telephone. Shortly into the conversation, KOZA asked, "Hey, what's the ticket (price) on a quarter pound (four ounces of methamphetamine)?" HELFRICK responded, "What's that?" KOZA restated his prior question, "QP…quarter pound, what's the ticket?" HELFRICK replied, "Uhhh, bro, it's uhhhh." KOZA interjected, "Do the math quick." HELFRICK then stated, "I don't even know if I got that left right now. Uh, after last minute it's gonna be, uhhh.."

KOZA asked, "Well, what do you got left?" HELFRICK answered, "I'll get you in for like 1-6, man ($160 per ounce of methamphetamine)." After a brief conversation, KOZA asked, "So 540…540 for the Q-Per ($540 for a quarter pound of methamphetamine)?" HELFRICK answered, "Uhhh yep…uhh, yep if I got it, I'll give you [U/I]. If not, it's like right around there." KOZA asked, "Where are you at?" HELFRICK replied, "Cliffside (a bar located in Akron, Ohio)." KOZA stated, "Ok, I'll call you right back." HELFRICK responded, "Alright."

24.     On or about November 14, 2025, at approximately 10:26 p.m., HELFRICK called KOZA on the telephone. Shortly into the conversation, HELFRICK asked, "Are you headin' down this way, or you?" KOZA responded by asking, "Where are you at, exactly? … I didn't hear you." HELFRICK said, "Cliff…I'm at the Cliff…I'm at the Cliff (Cliffside bar in Akron, Ohio)." KOZA replied, "Ohh, you're at the Cliff…Ok." HELFRICK confirmed, "Yep." KOZA responded, "Yeah, I, uhh, gotta stop at an ATM and everything, but yeah, I'm on the way." HELFRICK replied, "Alright, brother."

25.     On or about November 14, 2025, at approximately 10:46 p.m., KOZA sent HELFRICK a text message which read, "At sheetz getting $$ be over there in a sec."

26.     From on or about November 17, 2025, to on or about December 5, 2025, TOWNSEND and SMITH contacted each other by telephone calls and text messages at least 352 times.

27.     On or about December 3, 2025, at approximately 4:23 p.m., ALLISON called FINCH on the telephone. FINCH answered, "Yo!" ALLISON asked, "Bubba, you still at home?" FINCH replied, "Nope." ALLISON asked, "Where you at?" FINCH responded, "At my girl's but I left the money at the house. It's under the, uh … when you walk in, the chair that goes to the couch …" ALLISON replied, "Uh-huh." FINCH continued, "It's underneath the cushion."

11

ALLISON stated, "A'right, you want me to leave the bag (six ounces of methamphetamine) over there?" FINCH instructed, "No, put it um ... [Sniffs] in the coffee pot, in the kitchen. It's like, it's by the fridge to the left." ALLISON responded, "Okay, cool cool. I got 6 of 'em (six ounces of methamphetamine) for you." FINCH replied, "A'right, cool." ALLISON stated, "I'll be over there in like, a few minutes." FINCH said, "Yeah, I'm getting ready to take this rental back. I'm sitting here waiting for her."

28.     On or about December 3, 2025, at approximately 4:33 p.m., ALLISON arrived at FINCH's residence on Coventry Street in Akron, Ohio. ALLISON entered the residence and delivered a quantity of methamphetamine to FINCH. ALLISON departed three minutes later at 4:36 p.m.

29.     On or about December 3, 2025, at approximately 4:36 p.m., ALLISON called FINCH on the telephone. FINCH answered, "Yo!" ALLISON responded, "Hey, it's uh, it's in the coffee pot, bro." FINCH replied, "A'right, cool ..."

30.     On or about December 3, 2025, at approximately 5:06 p.m., KOZA called HELFRICK on the telephone. HELFRICK asked, "What's up?" KOZA whispered, "I need another, I need another quarter pound (of methamphetamine) [Speaking quietly]." HELFRICK replied, "It's gonna be, uhhh, it's gonna be a little bit." KOZA stated, "But yeah, that's why I was gonna ask, but if it's that same stuff, I don't want it then." HELFRICK responded, "No, it's something different. It's gonna be about a couple hours." KOZA asked, "Couple hours?" HELFRICK confirmed, "Yep." KOZA stated, "Okay okay okay, ummm." HELFRICK interjected, "It's chewing up." KOZA followed up by stating, "Just hit me up when you're ready, you know, whatever."

31.     On or about December 3, 2025, HELFRICK and KOZA exchanged a series of text messages. At approximately 6:35 p.m., HELFRICK sent a text message to KOZA that read, "You still need that?" KOZA replied, "Yes." At approximately 6:43 p.m., KOZA sent HELFRICK a text message that stated, "Lmk (let me know) when I can grab."

32.     On or about December 3, 2025, at approximately 9:50 p.m., KOZA arrived at HELFRICK'S Flora Avenue residence. At approximately 9:56 p.m., HELFRICK arrived at his residence. HELFRICK delivered a quantity of methamphetamine to KOZA. At approximately 10:51 p.m., KOZA exited the residence and departed.

33.     On or about December 4, 2025, at approximately 10:04 a.m., NIXON called FINCH on the telephone. Shortly into the conversation, NIXON asked, "What up, uh…Do you have anything (methamphetamine) on you? What I'm down? I'm down like what, forty (forty-dollar debt)? Forty with you, bro?" FINCH replied, "Do I got forty with me?" NIXON responded, "No! I said I'm down forty with you?" FINCH answered, "Whatever..." NIXON clarified, "I gave … No, I'm just saying how much I'm down! I gave you…" FINCH replied, "Oh, oh, oh, oh, oh, oh! Okay, I see what you saying now. I was lost as f—k for a minute. Um, yeah, yup yup, that's it." NIXON asked, "Uh, now, do you got anything on you? 'Cause I got a play (drug deal) for like two of them (two ounces of methamphetamine) right quick." FINCH said, "Yeah, I got it, yeah, I'm going to the house." NIXON responded, "I'm going there, too. I'll be there in like two minutes [U/I] a'right." FINCH replied, "Alright, bye."

34.     On or about December 4, 2025, at approximately 10:07 a.m., NIXON and FINCH met at FINCH'S residence on Coventry Street in Akron, Ohio, where FINCH delivered a quantity of methamphetamine to NIXON.

35. On or about December 6, 2025, at approximately 6:17 p.m., ALLISON called FINCH on the telephone. ALLISON asked, "What's up, Bubba?" FINCH replied, "Whatchu doing?" ALLISON responded, "Uh, baggin' some s—t up. I got a new bag (new batch of methamphetamine) in and, boy, is it pretty!" FINCH inquired, "Oh yeah?" ALLISON emphasized, "Yes!" FINCH replied, "Oh, must be f—king nice!" ALLISON responded, "Yeah, man!...What are you doing?" FINCH said, "A'right, motherf—king, uh... Damn, I still got uh... F—k me, I don't even know how much money I got in my pocket right now. But uh, f—king uh... Don't bust it all up (package the methamphetamine), dude. Don't bust it all up." ALLISON replied, "No, no I ain't [Voices overlap]." FINCH stated, "Nah, I'm f—king with you, I'm f—king with you." ALLISON responded, "A'right, I ain't, bud. Yeah, I was calling... [Voices overlap]." FINCH asked, "Um ... you say what, bro?" ALLISON answered, "I was calling to see if you need anything 'cause for real. I was 'bout to swing over and go, really, but I'm kind of waiting on somebody to call me." Toward the end of the conversation, FINCH stated, "I'm uh... go ahead, you can meet me at the crib. I'll be there in 'bout, uh ... fifteen minutes." ALLISON replied, "A'right."

36. On or about December 6, 2025, at approximately 8:09 p.m., FINCH called ALLISON on the telephone. ALLISON answered, "Hello?" FINCH replied, "Hey, the s—t (methamphetamine) is right in the pot, dude." ALLISON responded, "Oh sweet, I'm on my way, bro. I'm right here on, um ... Inman." FINCH stated, "Oh, a'right, yeah, ''cause it's all ready, everything is done, so... You just gotta put it together." ALLISON replied, "Sweet, deal."

37. On or about December 6, 2025, at approximately 9:24 p.m., HELFRICK called FINCH on the telephone. FINCH asked, "...What's up with you?" HELFRICK responded, "Chillin'. It's no good." FINCH explained, "Yup, I can get some fire (methamphetamine), for

14

real!" HELFRICK responded, "Why don't you stop by the house?!" FINCH stated, "A'right, well, I'm washing this car right now, um... I gotta uh... possibly pick my homie up and then I can come by." HELFRICK asked, "What's the ticket (price) on it?" FINCH answered, "Man, I'mma tell you, he charging me 125 all the way out (FINCH was not receiving a discount from his supplier)." HELFRICK asked, "125 all the way out?" FINCH confirmed, "Yup. But listen, it's chunky as f—k, it's, it's nice (the methamphetamine has large pieces and is good quality). But that's me not making a dollar." HELFRICK emphasized, "Oh, I'll make a dollar off you, c'mon, boy. I mean, you need to [U/I] swing by here, dude!" FINCH confirmed, "A'right, I'll be by." HELFRICK said, "Okay, [U/I] my ticket [U/I]." FINCH replied, "Huh?" HELFRICK asked, "How long will it take you?" FINCH responded, "Mm... if I don't gotta pick my homie up, I'll be there in like 15-20 minutes." HELFRICK asked, "Where you at washing and spraying the car off?" FINCH stated, "Uh... in the Heights right there on Kent Road." HELFRICK asked, "On Kent Road?" FINCH confirmed, "Yup." HELFRICK responded, "Um, a'right. I might have you swing by PNC on Wilbeth just to pick up this money up. But I'll give you the code if you can swing by here right away. So, call me and let me know." FINCH said, "A'right, a'ight yup."

38.     On or about December 6, 2025, at approximately 11:22 p.m., FINCH met HELFRICK at his Flora Avenue residence. After FINCH arrived, he entered the residence. Approximately twelve minutes later at 11:34 p.m., FINCH exited the residence and departed. FINCH delivered a quantity of methamphetamine to HELFRICK.

39.     On or about December 6, 2025, at approximately 11:47 p.m., ALLISON and FINCH met at Coventry Street in Akron, Ohio, where ALLISON delivered a quantity of methamphetamine to FINCH.

15

40. On or about December 7, 2025, at approximately 7:01 p.m., LENTZ called FINCH on the telephone. LENTZ asked, "Hi, um, do you just want...? It's out of the way." FINCH replied, "Well, I know." LENTZ continued, "Um... you just want to meet later tonight around like ... When are you free tonight?" FINCH answered, "I'm free whenever." After a brief conversation, LENTZ stated, "Uh, I'll be back at his house by no later than 11:00."

41. On or about December 7, 2025, at approximately 11:38 p.m., NIXON called FINCH on the telephone. FINCH answered, "Look, I um, I just got to go pick this, ah, I got two plays (drug deals) to catch. I got one here in the heights, well, in the heights. I'm by the house now, and then I got to go all the way to f—king Doylestown pretty much or whatever. And yeah, and back...I need a passenger." NIXON asked, "[U/I] Doylestown?" FINCH replied, "Yeah, n— a. It's four hundred dollars. S—t." NIXON said, "Yeah, yeah, yeah ..." FINCH responded, "I can't pass that up right now. You know what I'm saying?" NIXON agreed, "No, no, no, you can't. You can't." Later in the conversation, FINCH asked, "Anyway, what's the deal?" NIXON answered, "...S—t, I got bought like two more plays I got to do, too. Then I got to [U/I]." FINCH stated, "Call me as soon as you're done." NIXON replied, "Alright, baby. One."

42. On or about December 9, 2025, at approximately 5:36 p.m., ALLISON called FINCH on the telephone. After a brief conversation, ALLISON asked, "...What's up with my dog?" FINCH answered, "S—t, um, at the bar ... it's my girl's birthday. We just came down here...Um, but my dude [Voices Overlap], but my homie just called me. Ugh, he was trying, um, to grab four (four ounces of methamphetamine). Plus I got pretty much, pretty much all that for you, too, by the way." ALLISON replied, "Okay. Ugh...[Voices Overlap] Where you want me to meet you?" FINCH asked, "How long it's going to be?" ALLISON answered, "Well, I'm right in the vicinity...[Voices Overlap)." FINCH responded, "Oh that's cool. I'm at Park Place (a bar in

16

Akron, Ohio) right now. You just want to come to me?" ALLISON replied, "Alright." FINCH stated, "That's cool with me. Alright, I'm going to call him now and tell him to come on, so." ALLISON asked, "So you just need four?" FINCH confirmed, "Yeah, yeah. [Voices overlapped] well." ALLISON interjected, "Or do you need your [Voices overlap] demo (FINCH'S regular amount of four to six ounces of methamphetamine)?" FINCH answered, "Yeah, I will, for sure I will, yeah. I, I still got money to collect and all types of s—t. I still got like one (one ounce of methamphetamine) or something left." ALLISON responded, "Alright, but what, what am I bringing, Bubba?" FINCH instructed, "Just, just bring me four (four ounces of methamphetamine)." ALLISON replied, "Okay." FINCH stated, "Just make sure that you still got me, my normal, though, right?" ALLISON acknowledged, "Right, right, right." FINCH replied, "Okay, alright, cool."

43.    On or about December 9, 2025, at approximately 6:09 p.m., ALLISON met FINCH at Park Place in Akron, Ohio, where ALLISON delivered a quantity of methamphetamine to FINCH in the parking lot. FINCH then redistributed a quantity of methamphetamine to an unknown male.

44.    On or about December 12, 2025, at approximately 11:44 a.m., LENTZ called FINCH on the telephone. LENTZ asked, "Hello, do you have two (two ounces of methamphetamine)?" FINCH answered, "Yup." LENTZ responded, "Alright, I should be heading that way shortly, if that's cool with you." FINCH responded, "Yup, that's fine." LENTZ asked, "Um, where do you want me to go?" FINCH replied, "Uh, probably my house." LENTZ said, "Ok." FINCH replied, "Alright, yup." LENTZ confirmed, "I'll, I'll see you."

45. On or about December 12, 2025, at approximately 1:03 p.m., LENTZ arrived at FINCH'S Coventry Street residence, where FINCH delivered a quantity of methamphetamine to LENTZ.

46. On or about December 12, 2025, at approximately 1:55 p.m., LENTZ possessed approximately 57 grams of methamphetamine in a Toyota Tundra in Doylestown, Ohio.

47. From on or about December 12, 2025, to on or about December 15, 2025, TOWNSEND and SMITH contacted each other by telephone calls and text messages at least 31 times.

48. On or about December 13, 2025, at approximately 3:37 p.m., HELFRICK called RAUNIKAR on the telephone. RAUNIKAR informed, "Yeah, I'm about to be up today." HELFRICK asked, "Coming up today? That's why I was just calling to get a heads up. I know it was getting slender (running low on methamphetamine) up here. He called me earlier and said there was like 10 (10 units of an unknown quantity of methamphetamine) left." RAUNIKAR replied, "Oh, yeah, okay. Yeah, I'll be up. Uh, I need a couple of them (two pounds of methamphetamine)." HELFRICK asked, "You know about maybe what time-ish? A couple hours, you think?" RAUNIKAR answered, "Yeah, give me a couple hours. Yeah, let me call my girl and see what she is about to do, and ah, because I going to have to go down and f—king get her, and get this money." HELFRICK acknowledged, "Copy, give me a buzz, let me know, brother." RAUNIKAR replied, "I'll do that. Thank you, bro."

49. On or about December 13, 2025, at approximately 4:22 p.m., RAUNIKAR called HELFRICK on the telephone. HELFRICK asked, "What's upper?" RAUNIKAR answered, "Hey, uhhhh, I can be up there by by 'bout six o' clock." HELFRICK confirmed, "Six? That's perfect. That's fine." RAUNIKAR responded, "Alright, cool ... uhhh, I need about two of 'em

18

(two pounds of methamphetamine)." HELFRICK instructed, "Alrighty, whitey, text me on your

the way so I know we are all official." RAUNIKAR replied, "Yes, sir."

50.     On or about December 13, 2025, at approximately 4:55 p.m., RAUNIKAR sent

HELFRICK a text message that read, "Omw (on my way) roads are bad so taking my time."

HELFRICK responded with a text message that read, "Copy."

51.     On or about December 13, 2025, at approximately 6:09 p.m., HELFRICK called

BELL on the telephone. BELL asked, "What's up with it?" HELFRICK replied, "What's up with

it? What's your situation? Was you heading out this way or was you, ah ... [U/I]." BELL stated,

"Not right now," and HELFRICK said, "Ok." BELL reassured HELFRICK and stated, "I'm

going to come in a second." HELFRICK responded, "I got, I got bro about to meet me at the

crib, so." BELL asked, "For the two (two pounds of methamphetamine)?" HELFRICK

confirmed, "Yep, for the two." BELL inquired, "You just want two?" HELFRICK said, "Yeah,

but you, ah, you definitely want to come check this s—t out, though. I mean, it's your size and

it's, it's official." BELL asked, "What they, what they done hit somebody?" HELFRICK replied,

"No, somebody done got hit. Some girl done hit somebody and she didn't hit the girl." BELL

said, "Oh. Oh, ok. Tell them, tell them [U/I] they got to give a deal, though, because I don't wear

peoples'..." HELFRICK responded, "[U/I] Listen, listen, listen, listen. Of course, you know

that." BELL replied, "Alright." HELFRICK echoed, "Alright." BELL instructed, "Well, tell her,

tell her we'll come back over there in a minute. We got other business to handle right now."

HELFRICK acknowledged, "I know. Alright. Alright, I got you." BELL replied, "Yep."

52.     On or about December 13, 2025, at approximately 6:10 p.m., HELFRICK called

RAUNIKAR on the telephone. RAUNIKAR answered, "Yo!" HELFRICK replied, "What's up,

buddy? I was just getting a little ETA out of you." RAUNIKAR responded, "Uhhh, I'm like four

minutes away as long as I don't get stuck on this hill [laughing]." HELFRICK instructed, "Okay, just go, go to the house…I'm about ten, fifteen minutes behind you." RAUNIKAR replied, "Oh, s—t, okay, alright."

53. On or about December 13, 2026, at approximately 6:13 p.m. RAUNIKAR arrived at HELFRICK'S Flora Avenue residence in a minivan.

54. On or about December 13, 2025, at approximately 6:19 p.m., HELFRICK called RAUNIKAR on the telephone. RAUNIKAR answered, "Yo." HELFRICK replied, "Just, just confirming that two (two pounds of methamphetamine), that's all." RAUNIKAR confirmed, "Huh? Yeah yeah, yep yep." HELFRICK responded, "Alright, I'm en route. I'll be there in a minute, not long." RAUNIKAR replied, "You're good, take your time."

55. On or about December 13, 2025, at approximately 6:32 p.m., HELFRICK sent RAUNIKAR a text message that read, "Two minutes away." Approximately six minutes later, RAUNIKAR sent a text message to HELFRICK that read, "That you?"

56. On or about December 13, 2025, at approximately 6:36 p.m., HELFRICK arrived at his Flora Avenue residence.

57. On or about December 13, 2025, at approximately 6:50 p.m., BELL met HELFRICK at HELFRICK'S Flora Avenue residence, where BELL delivered a quantity of methamphetamine to HELFRICK. HELFRICK redistributed a quantity of methamphetamine to RAUNIKAR. At approximately 7:10 p.m., RAUNIKAR left Flora Avenue.

58. On or about December 14, 2025, at approximately 10:55 a.m., BELL called HELFRICK on the telephone. BELL asked, "You good, booty tang?" HELFRICK responded, "Yeah. What's up with you?" BELL said, "S—t, chillin'. What's up with you?" HELFRICK answered, "'Bout three in 'bout a couple hours." BELL asked, "Ahh, who? …Who come, who

20

coming?" HELFRICK replied, "Out the way. PA." BELL inquired, "When he coming?" HELFRICK answered, "They supposed to be here in … I'm 'bout to get a time here in a minute. But he coming today." BELL advised, "Alright, don't let them come that late." HELFRICK agreed and said," I know. I'm [U/I] I'll get back to you and let you know."

59. On or about December 14, 2025, at approximately 5:04 p.m., TOWNSEND called SMITH on the telephone, but SMITH did not answer.

60. On or about December 14, 2025, at approximately 5:08 p.m., TOWNSEND called SMITH on the telephone, but SMITH did not answer.

61. On or about December 14, 2025, at approximately 5:11 p.m., TOWNSEND called HELFRICK on the telephone. HELFRICK answered, "What up?" TOWNSEND replied, "What up? They come up yet?" HELFRICK responded, "No. They supposed to be on they way. They fell asleep." TOWNSEND questioned, "They fell asleep?" HELFRICK said, "Yeah. Call them and make sure they on their way." TOWNSEND stated, "I did just call, ah, Schmitty (SMITH) and he didn't answer. I'll call Bryce (DITTMAN). Alright." HELFRICK replied, "Alright. I'll be there in a minute."

62. On or about December 14, 2025, at approximately 5:13 p.m., TOWNSEND called HELFRICK on the telephone. TOWNSEND confirmed, "They are like two hours away." HELFRICK said, "I know, yep." TOWNSEND asked, "What are they getting? Two and one you said (one person is getting two pounds of methamphetamine and another is getting one pound)?" HELFRICK agreed, "Yeah, two and one." TOWNSEND asked, "No, no soft (cocaine)?" HELFRICK said, "No." TOWNSEND responded, "A'ight." HELFRICK further stated, "At least they didn't say on it. They said they didn't have the money for it." TOWNSEND responded, "That's a nice gapper, though." HELFRICK said, "Yeah." TOWNSEND asked, "What's his

21

name is paying what? Thirty-two ($3,200 for one pound of methamphetamine)?" HELFRICK replied, "Who, um?" TOWNSEND interjected, "Bryce." HELFRICK said, "Don't know, can't remember. You know the number." TOWNSEND stated, "Huhh?" HELFRICK repeated, "You know the numbers." TOWNSEND responded, "Yeah, I mean, I didn't change. It is 200 out the door. I didn't know, I didn't know if he asked for a deal or not." HELFRICK replied, "Nah, he didn't ask for no deal." TOWNSEND stated, "A'right. Where you at?" HELFRICK answered, "[U/I] I'll be there in a minute."

63. On or about December 14, 2025, at approximately 8:23 p.m., DITTMAN and SMITH arrived at HELFRICK'S Flora Avenue residence and went inside.

64. On or about December 14, 2025, at approximately 8:25 p.m., HELFRICK called BELL on the telephone. BELL instructed, "Don't call me reg. Call me FaceTime, bro."

65. On or about December 14, 2025, and in days prior, BELL parked a white Jeep Compass, registered to an associate, in the driveway of his residence on Inman Street, in Akron, Ohio.

66. On or about December 14, 2025, at approximately 8:51 p.m., BELL departed his Inman Street address in the white Jeep Compass. BELL traveled directly from his residence on Inman Street to HELFRICK's Flora Avenue residence.

67. On or about December 14, 2025, at approximately 9:04 p.m., BELL met HELFRICK at Flora Avenue where BELL delivered a quantity of methamphetamine to HELFRICK in a white Jeep Compass. Five minutes later, at approximately 9:07 p.m., BELL left. HELFRICK redistributed a quantity of methamphetamine to DITTMAN and SMITH inside his residence. At approximately 9:29 p.m., DITTMAN and SMITH left Flora Avenue.

68.     On or about December 14, 2025, at approximately 10:44 p.m., DITTMAN and SMITH possessed 1,334 grams of methamphetamine in a Toyota RAV 4, on I-76 in Diamond, Ohio.

69.     On or about December 15, 2025, at approximately 7:42 p.m., FINCH called HELFRICK on the telephone. After a brief conversation, FINCH asked, "You still got some s—t (methamphetamine)?" HELFRICK answered, "Bout to do something here in a minute, why what you trying to do?" FINCH stated, "I need at least four of them (four ounces of methamphetamine), [Voices overlapped] probably more than that for real!" HELFRICK asked, "One?" FINCH emphasized, "I said four...or more!" HELFRICK asked, "Ugh, you can go half (split the cost) on one (one pound of methamphetamine)? Where you at?" FINCH replied, "I'm at home, but, um,...ah f—k, uh, yeah, I don't now, I'm about to be out and about so...call me [Voices overlap] when you're ready to do something like to get it." HELFRICK responded, "Alright, my dude (BELL) will be here in like ten minutes." FINCH asked, "Okay, so what?" HELFRICK replied, "And then I'll be ready." FINCH stated, "Alright. [Voice overlap] I'll just come over." HELFRICK confirmed, "Yeah, just come over here." FINCH replied, "Alright."

70.     On or about December 15, 2025, at approximately 8:44 p.m., FINCH met HELFRICK at his Flora Avenue residence. While standing at the front door, FINCH called HELFRICK on the telephone and instructed, "Open the door." FINCH then entered the residence. Less than thirty minutes later, at 9:09 p.m., FINCH left the residence carrying something in his hands.

71.     On or about December 16, 2025, at approximately 11:44 a.m., HELFRICK called FINCH on the telephone. FINCH answered, "What's up?" HELFRICK answered, "Yeah, he (BELL) about, he's about to come to the house he bout to bring it (methamphetamine) right

23

now." FINCH replied, "… Just now?" HELFRICK confirmed, "Yep." FINCH responded, "Wow." HELFRICK stated, "Yep, so I'll call you in about half hour if that." FINCH said, "Umm...hopefully I'm awake [Voices overlapped]." HELFRICK asked, "You going to get up?" FINCH replied, "I don't know." HELFRICK demanded, "Get your ass up." FINCH responded, "S—t, sounds good but it's not an easy task." HELFRICK instructed, "Well, get up and come on." FINCH replied, "Alright."

72.     On or about December 16, 2025, at approximately 1:35 p.m., FINCH met HELFRICK at HELFRICK'S Flora Avenue residence. At approximately 1:54 p.m., BELL arrived in a white Jeep Compass. HELFRICK exited the residence and entered the passenger seat of the Jeep Compass, where BELL distributed a quantity of methamphetamine to HELFRICK. Approximately ten seconds later, HELFRICK exited the Jeep Compass and went back inside his residence, where he redistributed a quantity of methamphetamine to FINCH.

73.     On or about December 18, 2025, at approximately 1:10 p.m., RAUNIKAR called HELFRICK on the telephone. Shortly into the conversation, RAUNIKAR asked, "Uh -- everything good up there?" HELFRICK replied, "Yeah, it'll be like, it'll be 4:00." RAUNIKAR responded, "A-around 4:00? Okay, okay. Alright." HELFRICK asked, "What was you thinking?" RAUNIKAR answered, "Like three (three pounds of methamphetamine)." HELFRICK asked, "Three?" RAUNIKAR repeated, "Prolly like three." HELFRICK said, "Mm, prolly gonna be four … Before I'm free." RAUNIKAR asked, "You said prolly around 4:00?" HELFRICK confirmed, "Yeah, before I'm free." Later in the conversation, RAUNIKAR said, "Okay. Alright, yeah, yeah. Okay. Uh, yeah, just, uh, give me a call and let me know when you're ready." HELFRICK stated, "Yeah, plan on leaving right around then. I'll call you." RAUNIKAR replied, "Yes, sir."

24

74.     On or about December 18, 2025, at approximately 4:18 p.m., HELFRICK called RAUNIKAR on the telephone. After a brief conversation, RAUNIKAR said, "Hold on, let me see. Uh … it should take a little over an hour to get there. Prolly like two hours." HELFRICK asked, "Two hours?" RAUNIKAR replied, "Is that cool?" HELFRICK confirmed, "Copy that. Yeah, I'll see you 'bout 6:30 bro. Call me, call me on your way in when you get close." RAUNIKAR responded, "Yup, I will."

75.     On or about December 18, 2025, at approximately 4:20 p.m., RAUNIKAR called HELFRICK on the telephone. RAUNIKAR asked, "Hey, can I, can I uh, send money CashApp to you?" HELFRICK replied, "I don't have CashApp, but I have everything but CashApp." RAUNIKAR asked, "You got Chime?" HELFRICK confirmed, "I got Chime." RAUNIKAR responded, "A'right, damn! It's gonna wax me to send over a grand ($1,000) on through Chime, though." Towards the end of the conversation, RAUNIKAR stated, "I can just stop and pull it (money) for free."

76.     On or about December 18, 2025, at approximately 5:28 p.m., RAUNIKAR called HELFRICK on the telephone. After a brief conversation, RAUNIKAR said, "Alright, uh, I'm-I'm 'bout 30 minutes away." HELFRICK acknowledged, "Yes, sir. I'm here at the house." RAUNIKAR replied, "Alright, I'll-I'll be there in 30 minutes."

77.     On or about December 18, 2025, at approximately 5:53 p.m. RAUNIKAR met HELFRICK at HELFRICK'S Flora Avenue residence. At approximately 7:54 p.m., an unknown male met HELFRICK at his Flora Avenue residence, where the unknown male delivered a quantity of methamphetamine to HELFRICK. HELFRICK entered his residence and redistributed a quantity of methamphetamine to RAUNIKAR. Approximately six minutes later, at 8:01 p.m., RAUNIKAR left Flora Avenue.

25

78.     On or about December 26, 2025, at approximately 9:58 p.m., DANIELS called FINCH on the telephone. FINCH answered, "Hello?" DANIELS asked, "What's the move?" FINCH replied, "What's up? Um, I'mma need you, uh ... s—t, here in about uh ... I'm just waiting on dude (drug customer) to bring me the rest of this dough (drug proceeds) he owes me. Um, and then, uh, I'll be ready." DANIELS responded, "I'm in no rush. So, I was just checking you." FINCH said, "No, I know. No, yeah, uh ... I got it." DANIELS stated, "Man, I told you, man, uh, man they just called me and told me, dawg." FINCH asked, "What?" DANIELS responded, "They got five hundred for me (500 pounds of methamphetamine)." FINCH responded, "Yeah, right..." DANIELS exclaimed, "Bro!" FINCH asked, "For real?" DANIELS replied, "Man, bro, I..." FINCH interjected, "No, I believe, I believe you." DANIELS continued, "Bro, when I just pulled over your house, I had like fifty of 'em (50 pounds of methamphetamine) all." FINCH exclaimed, "Oh, I believe you!" DANIELS replied, "Wanted to drop them off!"

79.     On or about December 26, 2025, at approximately 11:12 p.m., DANIELS called FINCH on the telephone. DANIELS said, "My girl (THOMAS) just grabbed one (one pound of methamphetamine) and just threw it in the bag, so it might not be chunky but it's, everything in there official, though. You got my word." FINCH replied, "Okay."

80.     On or about December 27, 2025, at approximately 10:15 p.m., HELFRICK called FINCH on the telephone. HELFRICK asked, "Got a couple zips (two ounces of methamphetamine)?" FINCH asked, "What do I got a couple?" HELFRICK replied, "Yeah." FINCH responded, "Umm I don't know...probably... I don't see why not." HELFRICK asked, "Don't see why not?" FINCH replied, "Mhm mhm." HELFRICK stated, "Well...Im gonna

26

swing on up." FINCH acknowledged, "Yep alright." HELFRICK replied, "Gonna be a little bit … half hour that's all." FINCH confirmed, "Yep."

81. On or about December 27, 2025, at approximately 11:37 p.m., HELFRICK called FINCH on the telephone. Shortly into the conversation, HELFRICK asked, "You at the house … you sleeping?" FINCH replied, "F—k you." HELFRICK responded, "F—k you…I'm about to be around like ten minutes." FINCH complained, "Man you take too long dude." HELFRICK said, "You're sleeping nigga." Later in the conversation, HELFRICK stated, "I'm riding around tryin' to scrap s—t up." FINCH replied, "Yeah right." HELFRICK continued, "Hell I am …" FINCH interjected, "Yeah." HELFRICK responded, "I'll be there in a little bit, I'm just at my house, two seconds running in, two seconds and then I'll be there. 'Bout to be at my house in a couple minutes."

82. On or about December 27, 2025, at approximately 11:57 p.m., HELFRICK called FINCH on the telephone. FINCH answered, "What?" HELFRICK replied, "I'm at the back door." FINCH instructed, "Open it." HELFRICK responded, "Its locked." FINCH stated, "No it ain't … It is?" HELFRICK confirmed, "Yep, deadbolt." FINCH replied "Alright."

83. On or about December 29, 2025, DANIELS and THOMAS exchanged a series of text messages. At approximately 3:55 p.m., DANIELS sent THOMAS a text message which read, "Can you bring me one (one pound of methamphetamine) to the door please. I'm outside." THOMAS liked that message with a thumbs up "emoji." At approximately 5:32 p.m., DANIELS sent THOMAS a text message which read, "Baby." At approximately 5:44 p.m., DANIELS sent THOMAS a text message which read, "Something cut my hand on your door! My hand is leaking blood." At approximately 5:45 p.m. THOMAS replied, "How? wya (where you at?)" DANIELS sent THOMAS a text message in response which read, "On the highway!! I'm piss."

27

At approximately 5:56 p.m., THOMAS replied, "U ok?" At approximately 6:02 p.m., DANIELS sent THOMAS a text message which read, "…Its blood all over the bag (methamphetamine) you just gave me…"

84. On or about December 30, 2025, at approximately 5:53 p.m., BRECKENRIDGE called FINCH on the telephone. FINCH asked, "S—t, what's going on?" BRECKENRIDGE replied, "What you say? Today you said that I [U/I]." FINCH said, "Oh, my God. Nope. I totally forgot all about that." BRECKENRIDGE stated, "Well, I was curious because [U/I] any money until Friday, so." FINCH responded, "Oh, thank God. I'm about to, I'm about to call and get on it right now. My bad. I totally forgot." BRECKENRIDGE replied, "Alright, we're probably coming tomorrow morning for like one and a half (one and a half pounds of methamphetamine)." FINCH answered, "Alright, that's cool. Whatever." BRECKENRIDGE continued, "I'll let you know for sure. I know for one, but we might be having one and a half." FINCH confirmed, "Alright. I'm ready." BRECKENRIDGE replied, "Alright. I'll talk to you tomorrow."

85. On or about December 31, 2025, at approximately 10:39 a.m., BRECKENRIDGE called FINCH on the telephone. After a brief conversation, BRECKENRIDGE said, "Oh well I, I. Well, sorry buddy. I had to make sure it was ok still." FINCH replied, "I don't know. I don't see why not." BRECKENRIDGE responded, "Well, um because Pittsburgh's out, Pittsburgh's all the way out. There's like five people up there wanting me to know if I could get me s—t. But I told them I already left." FINCH replied, "Let me call and make sure. Today's that day to get all that paper (money)." BRECKENRIDGE said, "Well, I got, listen, I got 57… ($5,700)." FINCH interjected, "Hold, hold on, I'm about to call and see. I'll call you back." BRECKENRIDGE responded, "Hey hey, it's a lot more than what I said." FINCH answered, "I know. I know. I'm about to see what's up." BRECKENRIDGE stated, "Like three (three pounds

28

of methamphetamine)." FINCH acknowledged, "I'm about to, I got you." BRECKENRIDGE confirmed, "Almost three (almost three pounds of methamphetamine), though." FINCH replied, "Alright, I got you."

86.     On or about December 31, 2025, at approximately 12:10 p.m., BRECKENRIDGE arrived at FINCH'S Coventry Street residence.

87.     On or about December 31, 2025, at approximately 12:14 p.m., FINCH called DANIELS on the telephone. DANIELS answered, "Alright give me, give me ten minutes. I just woke up. I'm about to brush my teeth. Then I am going to head straight to you." FINCH replied, "Alright cool yep."

88.     On or about December 31, 2025, at approximately 12:51 p.m., FINCH called ALLISON on the telephone. After a brief conversation, ALLISON stated, "All good, all good. Hell yeah, s—t, man. I'm just trying to, uhh, do the same thing again (same amount of methamphetamine ALLISON previously received from FINCH)." FINCH replied, "Alright, well, look, he's on. I'm waiting on him (DANIELS) right now, ummm. And then I'm pulling, I tell him and then, umm, I'll call you, uhhh, beforehand. You know what I'm saying? To give you a half hour to do what you gotta do." ALLISON responded, "Yep. Well, I ain't really gotta do s—t." FINCH said, "Okay." ALLISON stated, "But, well, I got a couple plays (drug deals) to catch, I do, I do." FINCH responded, "Yeah, go ahead and do that and by the time you're done doing that, it should be all good." ALLISON replied, "Alright, cool."

89.     On or about December 31, 2025, at approximately 12:55 p.m., DANIELS arrived at FINCH'S Coventry Street residence and delivered a quantity of methamphetamine to FINCH. Approximately one minute later, at approximately 12:56 p.m., FINCH re-entered his residence

29

and delivered a quantity of methamphetamine to BRECKENRIDGE. BRECKENRIDGE departed FINCH'S residence at approximately 1:05 p.m.

90.     On or about December 31, 2025, at approximately 1:17 p.m., DANIELS called FINCH on the telephone. FINCH answered, "Yo." DANIELS asked, "How much longer?" FINCH replied, "Umm, I'd says fifteen minutes, 'cause he ain't there yet, but he is on his way. I just ran around the corner like three blocks away, so …" DANIELS asked, "Oh, he already on his way to you?" FINCH confirmed, "Yeah, yeah, yup, yup." DANIELS responded, "Alright, I'm 'bout to just go grab them four (four pounds of methamphetamine) and just start heading your way." FINCH replied, "Yup, yup, that's cool."

91.     On or about December 31, 2025, at approximately 1:27 p.m., DANIELS arrived at FINCH'S Coventry Street residence. Approximately four minutes later, ALLISON arrived. At approximately 1:37 p.m., FINCH entered DANIELS' vehicle and DANIELS delivered a quantity of methamphetamine to FINCH. Approximately three minutes later, DANIELS departed. FINCH delivered a quantity of methamphetamine he acquired from DANIELS to ALLISON and ALLISON departed at approximately 1:50 p.m.

92.     On or about December 31, 2025, at approximately 1:50 p.m., BRECKENRIDGE possessed 1,339.6 grams of methamphetamine on I-76 in Diamond, Ohio.

93.     On or about December 31, 2025, at approximately 6:05 p.m., FINCH delivered a quantity of methamphetamine to LENTZ and D.M., a person whose identity is known to the grand jury, at FINCH'S Coventry Street residence.

94.     On or about December 31, 2025, at approximately 6:35 p.m., LENTZ and D.M. possessed 28 grams of methamphetamine in a Toyota Tundra, in Doylestown, Ohio.

30

95. On or about January 1, 2026, at approximately 4:18 p.m., DANIELS called FINCH on the telephone. DANIELS asked, "What's the deal?" FINCH responded, "What up? Uh, you wanna pull up on me in Kenmore? Um… or I can… what the f—k is the name of that street I'm headed to? Uh… Goddamn it! Uh, I'mma call you in, uh, like three minutes As soon as I get there, I'mma tell you what street it is. By two." DANIELS asked, "Oh, you 'bout to be over there for a minute or something?" FINCH answered, "Yeah, yup." DANIELS responded, "Oh, why don't you wanna come and get it?" FINCH said, "Uh, 'cause I'm just about to get here. Uh, I can when I leave there if you want. That's fine, I ain't in no rush." After a brief conversation, DANIELS asked, "What you just wanted, one?" FINCH replied, "Two." DANIELS said, "Oh…" FINCH replied, "If you only got one, I'll take it. It don't matter." DANIELS responded, "N—a, I got… N—a, I got fifty." FINCH replied, "Shut up. I can't take that. I can, but it'll take me about two, three weeks [Laughing]." DANIELS repeated, "Yeah, I got fifty for you." FINCH said, "No, um… I call you when I leave here. I'm 'bout to go over here and try to get this out real quick." DANIELS replied, "Um, a'right."

96. On or about January 1, 2026, at approximately 6:10 p.m., FINCH called DANIELS on the telephone. FINCH said, "Yo, I'm turning on Neptune (Neptune Avenue, the location of THOMAS' residence in Akron, Ohio). You hear me?" DANIELS instructed, "Keep goin' straight, pass over Firestone… Boulevard." After a brief conversation about directions, FINCH asked, "…Is that you up there ahead of me?" DANIELS replied, "No, you… my girl, my girl (THOMAS) about to meet you." FINCH responded, "Oh s—t, uh, f—k a'right. Oh s—t, I better get this money out…a'right. Uh, I'm crossing Firestone Boulevard right now." DANIELS stated, "I, I believe the address is (xx)70" DANIELS provided further real-time directions to FINCH as he traveled to the Neptune Avenue residence. DANIELS instructed, as a car door

31

opened, "You gonna have to go to the door 'cause she's (THOMAS) on house arrest." FINCH replied, "F—k, a'right I do, huh?..." DANIELS confirmed, "You said two of 'em (two pounds of methamphetamine), right?" FINCH stated, "Here, yeah, what door do I go to?" DANIELS directed FINCH on what door to approach at THOMAS' residence. FINCH stated, "Oh, oh, okay, I see it, a'right. [Laughs] I'm like, what the f—k is this n—a talking about? I was lost freaking here. A'right, don't even look like nobody is home. For real. [Background: Sound of phone ringing on DANIELS' line] I'll knock on the door." DANIELS asked, "Why you knocking on the door?" Later in the conversation, DANIELS stated, "She (THOMAS) coming downstairs." FINCH responded, to a female voice, "A'right. I'll call you." DANIELS replied, "Hey, them bitches chunky there, too, bro, you hear me?" FINCH asked, "You say what?" DANIELS repeated, "Them bitches chunky as hell." FINCH replied, "Oh, good s—t, a'right. Yup."

97.     On or about January 1, 2026, at approximately 7:31 p.m., DANIELS called FINCH on the telephone. FINCH answered, "What up?" DANIELS inquired, "Them bitch, that bitch, them bitches was chunky?" FINCH replied, "Hell yeah, it was. What, why is it that color, though?" DANIELS asked, "What? That dark black like..." FINCH confirmed, "Yup, yeah, like that grayish black or whatever the f—k. It's weird." DANIELS responded, "Man, that, believe it or not, them the cleanest ones!" FINCH asked, "Really?" DANIELS stated, "The other bows (pounds of methamphetamine) I got, n—a ...They dark gray, n—a. They like dark, I mean..." FINCH replied, "Yeah, yeah, damn, that's crazy....But listen, I had some before that was like actually like gold, like the color of it was gold and, dude, that was the best s—t (drugs were good quality) I ever had. It was like iced tea, it looked like. Dude, it was fire! But that s—t is cool, though. I just checked it. It was great." DANIELS replied, "Yeah...N—a, I got like thirty bows

32

(thirty pounds of methamphetamine) that like, really, like they just been under the dirt." FINCH exclaimed, "Oh my God, that's crazy! That's f—king nuts!" DANIELS continued, "Then I got, I got like thirty bows that just beginning to look like they been in the dirt and I got like thirty bows that look like what you grabbed, got. Like them, too."

98.     On or about February 5, 2026, at approximately 1:27 p.m., DANIELS called FINCH on the telephone. Shortly into the conversation, DANIELS asked, "So… I, I did, what I, what I told you I was gon' do, right?" FINCH replied, "Mmhmm. Yep." DANIELS responded, "It wasn't… Why everything was in there but that?" Later, FINCH asked, "The one – the-the-the one stuff wasn't in there?" DANIELS replied, "Naw. It was coke (cocaine). It was the coke and the fett (fentanyl)." FINCH replied, "Man, come on, dude." DANIELS continued, "But, but so I finally got – you know he end up getting whatever whatever. We tried to figure out what was going on about it…It-it's coming tomorrow (a drug shipment)." FINCH responded, "Yeah. Yeah, and then it'll take how many more days?" DANIELS answered, "The n—a…it's coming. It'll be here tomorrow afternoon." FINCH replied, "Yeah, I understand that, but and then, and then what's it going to take after that, though?" DANIELS clarified, "No, it's here. It's al– I already talked to the driver and everything." FINCH replied, "Oh." DANIELS continued, "It's in – it's coming. It's headed this way right now." FINCH responded, "Oh." DANIELS stated, "It came from Texas." FINCH replied, "Oh. Right on. Alright." DANIELS continued, "But, but n—a, long as you got my word, n—a, it, n—a, it's gonna be here tomorrow. Hey, let me see a hundred dollars real quick, though." FINCH retorted, "H-how the f—k you expect me to have any f—kin' money when you've had that money, and … I had four hundred dollars when I gave you that. And that was f—kin' six days ago." DANIELS emphasized, "N—a, I told you to been come get that s—t." FINCH replied, "I know. I know that. But I wasn't trying to do it so – why?

33

So I spend it, and then I'm in, and then I'm flat? F—k that. That don't make sense." DANIELS responded, "I'ma make it up, I'ma make it up to you." Towards the end of the conversation, DANIELS stated, "It's been a slow-ass week, too, for sho." FINCH replied, "Man, who you tellin'? S—t, you should be cool. S—t, you had that other stuff to bubble off of." DANIELS responded, "I ain't, I ain't even touch the s—t." At the end of the conversation, DANIELS confirmed, "Yeah, it'll be here tomorrow. Don't trip." FINCH replied, "Alright. Well, we'll see."

99.     On or about February 6, 2026, at approximately 6:16 p.m., DANIELS called FINCH on the telephone. FINCH answered, "What's up lying ass bitch?" DANIELS responded, "Hahaha. Hey, listen ..." FINCH asked, "What? Tell me something. What's up?" DANIELS replied, "Like on mommies and everything I love ..." FINCH interjected, "Bitch, you better not!" DANIELS replied, "Listen ... On mommies and everything I love, the bag (drug shipment) will be here in the morning."

100.     On or about February 7, 2026, at approximately 7:58 p.m., FINCH called DANIELS on the telephone. FINCH asked, "What's the word?" DANIELS answered, "It's about to be today, bro. They pullin' up any second, bro. Not tomorrow, today." FINCH replied, "Man, let's hope." DANIELS responded, "I dunno' why you sent me that lil' text, bitch. You actin' like a n—a abouta play your —bitch ass. N—a ain't 'bouta play with you." FINCH responded, "Nah, I'm not sayin'. I'm not worried about the money, n—a. I'm worried about f—kin' I sit there and look stupid 'cause I tell my people one thing and ..." DANIELS interjected, "What that, yeah..." FINCH continued, "... it's summin' f—kin' totally different. That's all." DANIELS confirmed, "Yeah. Nah it's, it's today." FINCH continued, "See what I'm sayin'? If it's gonna be five days, just tell me five days, that's all." DANIELS responded, "Yeah, nah, man. N—a, listen. The, the plug (drug supplier) told me off rip, n—a, 'Don't leave. It's here,' and everything, so... I be goin'

34

off of what he be tellin' me but…" FINCH replied, "Right, right, right." Later in the conversation, DANIELS stated, "Bro, it's here, man. We ain't abouta worry about nuttin'. It's, it's abouta be here in a second." FINCH replied, "A'right, well I'm abouta just go grab some lil' s—t from my dude, then, my one homie, and just work with that 'til then, I guess."

101.   On or about February 7, 2026, at approximately 8:17 p.m., THOMAS called DANIELS on the telephone. DANIELS stated, "Load …. waitin on 'em to come in." THOMAS replied, "Okay."

102.   On or about February 8, 2026, at approximately 5:09 p.m., FINCH called DANIELS on the telephone.  DANIELS stated, "I ain't say s—t. Hold on. [Aside: What up, Dollas (Z. F., a person whose identity is known to the grand jury)? What the hell you was…?]" DANIELS had a conversation with Z. F. in the background of the call. DANIELS asked Z. F., "What, you was sleep?...Oh, what y'all doing down there? … Oh. Alright. You coming down to the hookah?" FINCH asked, "Who, me?" DANIELS continued speaking to Z. F., "Oh, okay. You ain't heard no news yet, then, have you? [Pause] Oh, okay. Alright." Speaking again to FINCH, DANIELS asked, "Hello?" FINCH answered, "Yeah." DANIELS stated, "Alright, so look. My bro (Z. F.), you know…my bro stay in Columbus. He usually go home every Saturday morning or Sunday night. The hook told him don't go nowhere. It's basically – they can get in the city any minute. So … honest to God, like bro, I ain't tryna, like, you know, I ain't f—king off with no money or nuttin', bro. The s—t already paid, bro. It's – you feel me? The drivers, man, ain't, ain't got close to the city yet, or they either close, sleep or something. But they drove from Texas. They drove." FINCH replied, "Right." DANIELS said, "They drove all the way down from Texas, bro." FINCH responded, "Yeah." DANIELS emphasized, "But they – like I ain't bulls—ttin' with your money or nothing, n—a. You the first person I'm coming to holler at.

35

So you gon'..." FINCH interjected, "Alright." DANIELS continued, "... you gon' know. Like, and he said it was supposed to be yesterday, so – uh, he said they was gonna be here yesterday. That's why I gave you that guarantee yesterday." FINCH replied, "Right." DANIELS responded, "Like-like-like he would've guaranteed it yesterday. But, so it can be like any second, any like, get off on any second."

103.    On or about February 10, 2026, at approximately 4:16 p.m., DANIELS called FINCH on the telephone. DANIELS asked, "What up with it?" FINCH answered, "Tell me somethin', n—a." DANIELS replied, "Man ..." FINCH interrupted, "What?" DANIELS continued, "Why, why, why they said my truck get jammed in Chicago yesterday?" FINCH asked, "It got knocked?" DANIELS confirmed, "Yup. The plug just, he literally, I swear to God on life, they just told me this in like not too long ago, like a hour ago. I ain't f—kin'... He said..." FINCH interjected, "F—ked up..." DANIELS continued, "He said, he said he got somethin'... [Voices overlap]." FINCH responded by asking, "What the f—k did he go way the f—k up there for?" DANIELS answered, "I told you it was comin' from like, it was comin' from down that way. But I don't know why..." FINCH interjected, "Right." DANIELS continued, "...that way." Later in the conversation, DANIELS asked, "Bro, can, can you lock back dust (bad quality methamphetamine)?" FINCH responded, "Mm, I ain't no good at it." DANIELS replied, "You said you ain't good at it?" FINCH confirmed, "Nah, hell nah. That s—t's, I tried it. Dude, listen. I know another way to do it, but it don't look like, it don't look like see through. It just look like regular stuff." DANIELS stated, "I'm, I'm, I'm abouta call you back..." FINCH responded, "S—t, I can, hey, tell him, man. I could get rid of them too, s—t."

104.    On or about February 10, 2026, at approximately 8:00 p.m., DANIELS called THOMAS on the telephone. DANIELS stated, "I don't need you in the house either. S—t, you

36

gotta pay bills and s—t. I can, I don't wanna have to take care of both everything: your rent, my rent, your bills and my bills. So, I need, I need you to pull your weight until this truck pull up. But I ain't, if the truck woulda' pulled up I wouldn'ta gave a f—k. I woulda' just said, 'F—k it. Just sit there until we can get it fixed, I'll pay the rent and the bills.' I mean, I can do it now, but at the same time, it's a lot of weight on me right now." THOMAS responded, "Okay. I'll call you when I get home."

105.    On or about February 12, 2026, at approximately 1:14 p.m., DANIELS called FINCH on the telephone. FINCH answered, "What's up?" DANIELS answered, "S—t, man. I was just thinking about you, man. Man, I had to call you, though, bro. I was letting you know, man. N—a, our drop really did get dropped. Our-our drop really did get snatched. But I ain't want you to feel like, n—a, I played, I'm playing with you or nuttin', man. I'ma-I'ma make it up to you. Soon as this drop (drug shipment) land, bro, we good, man. I ain't – if you need a couple dollars, I can, I can prolly give you a couple dollars and loan you. Or I mean give it to you, whatever, man, but—." FINCH interrupted, "Yeah, 'cause I'm like broke. I don't got a single dollar in my pocket right now." DANIELS asked, "What?" FINCH answered, "I haven't since yesterday, I swear." After a brief conversation, DANIELS asked, "You was at the tap?" FINCH confirmed, "Yeah. Yeah, of course. You, you know I only had a couple dollars left anyways. You gotta think, bro. It's been f—kin' a week and ... almost two weeks." DANIELS interjected, "On two weeks. Yeah, that's why..." FINCH replied, "Yeah." DANIELS responded, "I woke up and thought about that s—t. I'm like, 'Damn, man. This is my bro.' FINCH replied, "'Cause you know me. Yeah, I'm like, 'F—k, dude.' I'm like, I'm a little stressed out over this s—t." DANIELS responded, "Bro, listen. The load (drug shipment) is on the way, man. The load – that load got snatched it. But he just sent out another one, bro. I swear." FINCH said, "Alright."

37

DANIELS continued, "I swear [U/I], man. We just gotta hold off. I'll come up with a couple dollars to, you know, to hold you off." FINCH replied, "Yeah, I don't care if it's a – whatever. I don't give a f—k if it's 25, 50 dollars. I don't give a f—k. DANIELS replied, "N—a, I ain't 'bout to, I ain't, I ain't 'bout to...call you for that little." FINCH interjected, "No, I'm just saying. You know what I mean? I don't care what it is. You know what I'm sayin'?...At least I'll have something." DANIELS responded, "I guarantee I can, I can get you a hundred. I – at least a hundred for sure..." At the end of the conversation, DANIELS stated, "Yeah, don't trip, man. I got you, bro. We good."

106. On or about March 13, 2026, at approximately 11:44 a.m., RAUNIKAR met HELFRICK at HELFRICK'S Flora Avenue residence. At approximately 11:53 a.m., RAUNIKAR entered the Flora Avenue residence carrying a leather satchel.

107. On or about March 13, 2026, at approximately 12:50 p.m., BELL met HELFRICK at HELFRICK'S Flora Avenue residence. At approximately 12:52 p.m., HELFRICK exited his residence and entered the passenger seat of BELL'S vehicle. One minute later, HELFRICK exited the passenger seat and retrieved a small orange bucket from the trunk and then re-entered the passenger seat, where BELL distributed a quantity of methamphetamine to HELFRICK. At approximately 12:58 p.m., HELFRICK exited BELL's vehicle carrying the small orange bucket and entered his residence, where he redistributed a quantity of methamphetamine to RAUNIKAR.

108. On or about March 13, 2026, at approximately 1:21 p.m., RAUNIKAR left the Flora Avenue residence carrying the same small orange bucket HELFRICK retrieved from BELL's vehicle.

109.  On or about March 18, 2026, at approximately 4:18 p.m., RAUNIKAR met HELFRICK at his Flora Avenue residence. HELFRICK delivered a quantity of methamphetamine to RAUNIKAR. At approximately 4:40 p.m., RAUNIKAR exited the residence carrying the methamphetamine in a red soft-sided bag and departed.

110.  On or about March 18, 2026, at approximately 4:55 p.m., RAUNIKAR possessed 2,346 grams of methamphetamine inside a red soft-sided bag in a Dodge Ram, in Akron, Ohio.

111.  On or about April 13, 2026, at a house located on Coventry Street, Akron, Ohio, FINCH possessed approximately 46 grams of methamphetamine.

112.  On or about April 13, 2026, NIXON possessed a Ruger Security 9 9mm pistol bearing serial number 383-17479, ammunition, approximately ten grams of methamphetamine, and approximately five grams of cocaine.

113.  On or about April 14, 2026, ALLISON possessed approximately ten grams of methamphetamine in a Cadilac in Akron, Ohio.

### ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(A), (b)(1)(B), (b)(1)(C))

114.  Before LARRY FINCH committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under the Ohio Revised Code, Illegal Assembly or Possession of Chemicals for the Manufacture of Drugs, in the Summit County Common Pleas Court, case number CR-2016-08-2887, on or about August 24, 2016, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

39

115.    Before NICHOLAS HELFRICK committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841(a)(1), Possession with Intent to Distribute Cocaine and Marijuana, in the United States District Court for the Northern District of Ohio case number 5:11CR170, on or about December 2, 2011, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

116.    On or about November 13, 2025, in the Northern District of Ohio, Eastern Division, Defendant BRYCE DITTMAN did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## COUNT 3
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

117.    On or about December 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAMANTHA LENTZ did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

40

COUNT 4
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

118.    On or about December 14, 2025, in the Northern District of Ohio, Eastern Division, Defendants BRYCE DITTMAN and TYLER SMITH did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 5
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

119.    On or about December 31, 2025, in the Northern District of Ohio, Eastern Division, Defendant EARL BRECKENRIDGE did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 6
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

120.    On or about March 18, 2026, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY RAUNIKAR did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

<u>COUNT 7</u>
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

121. On or about April 13, 2026, in the Northern District of Ohio, Eastern Division, Defendant LARRY FINCH did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)</u>
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(A), (b)(1)(B), (b)(1)(C))

122. Before LARRY FINCH committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under the Ohio Revised Code, Illegal Assembly or Possession of Chemicals for the Manufacture of Drugs, in the Summit County Common Pleas Court, case number CR-2016-08-2887, on or about August 24, 2016, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

<u>COUNT 8</u>
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

123. On or about April 13, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARCUS NIXON did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 9

(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

124.    On or about April 14, 2026, in the Northern District of Ohio, Eastern Division, Defendant RICARDO ALLISON did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 10

(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

125.    On or about April 13, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARCUS NIXON, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Illegal Manufacture of Drugs, on or about December 19, 2001, in the Summit County Common Pleas Court, in case number CR-01-06-1521, Illegal Assembly or Possession of Chemicals for the Manufacture of Drugs, on or about March 2, 2005, in the Summit County Common Pleas Court, in case number CR-05-01-0233, Illegal Assembly or Possession of Chemicals for the Manufacture of Drugs, on or about July 17, 2011, in the Summit County Common Pleas Court, in case number CR-2011-01-0248-A, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Ruger Security 9 9mm pistol, bearing serial number 383-17479, and ammunition, said firearm and

43

ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 11
(Maintaining a Drug Involved Premises, 21 U.S.C. § 856(a)(1) and (b))

The Grand Jury further charges:

126.    From in or around March 2025, continuing to on or about April 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant NICHOLAS HELFRICK knowingly and intentionally maintained a place on Flora Avenue, Akron, Ohio, for the purpose of distributing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 12
(Maintaining a Drug Involved Premises, 21 U.S.C. § 856(a)(1) and (b))

The Grand Jury further charges:

127.    From in or around March 2025, continuing to on or about April 13, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY FINCH knowingly and intentionally maintained a place on Coventry Street, Akron, Ohio, for the purpose of distributing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNTS 13-21
(Use of a Communication Facility to Facilitate a Felony Drug Offense, 21 U.S.C. § 843(b))

The Grand Jury further charges:

128.    On or about the dates listed below, in the Northern District of Ohio, Eastern

44

Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1):

| Count | Defendants | Date | Time (EST) |
|---|---|---|---|
| 13 | MARCUS NIXON and NICHOLAS HELFRICK | October 25, 2025 | 4:22 p.m. |
| 14 | JOHN KOZA and NICHOLAS HELFRICK | November 3, 2025 | 12:52 p.m. |
| 15 | SHELDON BELL and NICHOLAS HELFRICK | November 12, 2025 | 11:23 p.m. |
| 16 | RICHARDO ALLISON and LARRY FINCH | December 3, 2025 | 4:23 p.m. |
| 17 | SAMANTHA LENTZ and LARRY FINCH | December 12, 2025 | 11:44 a.m. |
| 18 | JOHN TOWNSEND and NICHOLAS HELFRICK | December 14, 2025 | 5:13 p.m. |
| 19 | ANTHONY RAUNIKAR and NICHOLAS HELFRICK | December 18, 2025 | 1:10 p.m. |
| 20 | EARL BRECKENRIDGE and LARRY FINCH | December 30, 2025 | 5:53 p.m. |
| 21 | CLARENCE DANIELS and LARRY FINCH | February 5, 2026 | 1:27 p.m. |

FORFEITURE

The Grand Jury further charges:

129. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 21, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants CLARENCE DANIELS, LARRY FINCH, NICHOLAS HELFRICK, RICARDO ALLISON, SHELDON BELL, JOHN TOWNSEND, BRYCE DITTMAN, TYLER SMITH, ANTHONY RAUNIKAR, MARCUS NIXON, JOHN KOZA, EARL BRECKENRIDGE, JAZZMIN THOMAS, and SAMANTHA

45

LENTZ, shall forfeit to the United States: any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of their property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offenses charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.